THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK EDISON COMPANY, Respondent, *v.* THOMAS L. FEITNER et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

*People ex rel. N. Y. Edison Co. v. Feitner*, 99 App. Div. 274, affirmed. (Argued April 10, 1905; decided April 25, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 28, 1904, which affirmed an order of Special Term vacating an assessment upon certain property of the relator for the purpose of taxation.

*John J. Delany, Corporation Counsel (George S. Coleman and E. Crosby Kindleberger* of counsel), for appellants.

*Henry J. Hemmens* and *Samuel A. Beardsley* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.